IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNETTE RENEE JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 14-2385 |
| | : | |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration** | : : : | |

## ORDER

**AND NOW,** this 13th day of November, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9), the defendant's response (Document No. 12), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Document No. 15), and after a thorough and independent review of the record, it is **ORDERED** as follows::

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. To the extent the plaintiff seeks remand, the plaintiff's motion is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Jacob P. Hart.

                                                /s/Timothy J. Savage
                                             TIMOTHY J. SAVAGE,  J.